**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**NICOLE FRIED,** in her official capacity as the Commissioner of Agriculture ; and **VERA COOPER, NICOLE HANSELL and NEILL FRANKLIN,**

      Plaintiffs,

**CASE NO: 4:22-cv-00164-AW-MAF**

v.

**MERRICK GARLAND**, in his official capacity as Attorney General of the United States; **MARVIN RICHARDSON**, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; and **THE UNITED STATES OF AMERICA,**

      Defendants.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    JASON R. CODY
    Tallahassee Headquarters
    111 North Adams Street
    4th Floor U.S. Courthouse
    Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        William D. Hall
        106 E College Ave # 1200,
        Tallahassee, FL 32301

        Daniel Russell
        106 E College Ave # 1200,
        Tallahassee, FL 32301

        Jordane Wong
        106 E College Ave # 1200,
        Tallahassee, FL 32301

        Adam J. Komisar
        P.O. Box 664
        Tallahassee, Florida 32302

        Ryan J. Yeary
        1307 South Jefferson Street
        Monticello, Florida 32344

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        *CLERK OF COURT*

Date: _____

                                                        *Signature of Clerk or*
                                                        *Deputy Clerk*