# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NICOLE FRIED, in her official
capacity as the Commissioner of
Agriculture, VERA COOPER,
NICOLE HANSELL, and NEILL
FRANKLIN

    Plaintiffs,

v.

MERRICK GARLAND, in his
official capacity as Attorney General
of the United States, GARY M.
RESTAINO, in his official capacity
as Acting Director of the Bureau of
Alcohol, Tobacco, Firearms, and
Explosives, and THE UNITED
STATES OF AMERICA,

    Defendants.

No. 4:22-cv-00164-AW-MAF

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Local Rules 6.1 and 7.1, Defendants hereby file this unopposed motion for an extension of Defendants' deadline to respond to Plaintiffs' Complaint, ECF No. 1, for 31 days, to and including July 25, 2022. In support thereof, Defendants state as follows:

1.      Plaintiffs filed their Complaint on April 20, 2022.  Defendants are the United States of America and two federal officials sued in their official capacity.  Plaintiffs served the Complaint on the United States attorney on April 25, 2022.  Accordingly, pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' deadline to respond to the Complaint is June 24, 2022.

2.      Plaintiffs claim, among other things, that certain federal firearms statutes and regulations violate the Second Amendment.  *See generally* Compl. ¶¶ 63-81.

3.      On June 23, 2022, the Supreme Court issued its decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. __ (2022), No. 20-843 (slip opinion attached as Exhibit 1).  In *Bruen*, the Supreme Court rejected the "two-step" framework for addressing Second Amendment claims that the Eleventh Circuit and other circuits had adopted, and set forth a different test for resolving Second Amendment claims.  *See Bruen*, Majority Op., at 10 & n.4 (rejecting "two-step approach" adopted by courts of appeals, including Eleventh Circuit in *GeorgiaCarry.Org, Inc.* v. *Georgia*, 687 F. 3d 1244, 1260, n. 34 (11th Cir. 2012)); *see also* Compl. ¶ 67 (acknowledging that the "two-step" approach of *GeorgiaCarry.org* governed at the time of the Complaint's filing).

4.     Defendants intend to file a motion to dismiss the Complaint.

Defendants request an extension of 31 days, to and including July 25, 2022,

so that Defendants can review *Bruen*, analyze its relevance to this case, and

apply *Bruen* in its forthcoming motion to dismiss.

5.     The undersigned counsel conferred with Plaintiffs' counsel on

June 23, 2022.  Plaintiffs' counsel indicated that Plaintiffs consent to the

relief sought in this motion.

6.     This motion is made in good faith and not for purposes of

delay.  The requested extension will not prejudice the Plaintiffs.

DATED: June 23, 2022                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        LESLEY FARBY
                                        Assistant Branch Director

                                        /s/ *Jeremy S.B. Newman*
                                        JEREMY S.B. NEWMAN
                                        Trial Attorney
                                        Civil Division, Federal Programs Branch
                                        U.S. Department of Justice
                                        1100 L St. NW
                                        Washington, DC 20005
                                        Phone: (202) 532-3114
                                        Email: jeremy.s.newman@usdoj.gov


                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jeremy S.B. Newman*
Trial Attorney