# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**NICOLE FRIED, in her official capacity as Florida Commissioner of Agriculture, et al.,**

    **Plaintiffs,**

v.                                              Case No. 4:22-cv-164-AW-MAF

**MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Defendants' unopposed motion for extension (ECF No. 8) is GRANTED. The deadline to respond to the complaint is extended to July 25, 2022.

SO ORDERED on June 23, 2022.

                                           s/ *Allen Winsor*
                                           United States District Judge