UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NICOLE FRIED, in her official capacity as the Commissioner of Agriculture, VERA COOPER, NICOLE HANSELL, and NEILL FRANKLIN<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, STEVEN M. DETTELBACH[1], in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | No. 4:22-cv-00164-AW-MAF |

**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED
COMPLAINT OR ALTERNATIVELY FOR SUMMARY
JUDGMENT**

---

[1] The First Amended Complaint named as a Defendant Gary M. Restaino, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Steven M. Dettelbach became Director of ATF on July 13, 2022. Pursuant to Fed. R. Civ. P. 25(d), Mr. Dettelbach is substituted as a Defendant.

Pursuant to Rules 12(b)(1), 12(b)(6), and 56 of the Federal Rules of Civil Procedure, Defendants Merrick Garland, in his official capacity as Attorney General of the United States, Steven M. Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and the United States of America (collectively, "Defendants"), hereby move to dismiss the First Amended Complaint filed by Plaintiffs Nicole Fried, in her official capacity as Commissioner of Agriculture, Vera Cooper, Nicole Hansell, and Neill Franklin (collectively, "Plaintiffs"), and alternatively move for summary judgment.

Pursuant to Rule 12(b)(1), Defendants move to dismiss all claims except for Cooper's and Hansell's Second Amendment claims (Counts I-II) for lack of subject-matter jurisdiction. Pursuant to Rule 12(b)(6), Defendants move to dismiss all claims for failure to state a claim.[2]

For the reasons stated in the accompanying Memorandum, the Court should grant Defendants' motion and dismiss the First Amended Complaint.

---

[2] In the accompanying Memorandum, Defendants have cited scholarly articles about the effects of marijuana and drug use. As explained in the Memorandum, Defendants believe that the Court can dismiss Plaintiffs' claims as a matter of law, without relying on these materials. To the extent the Court relies on such sources, it can grant summary judgment to Defendants.

DATED: August 8, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jeremy S.B. Newman*
Trial Attorney