UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NICOLE FRIED,** in her official
capacity as the Commissioner of Agriculture;
and **VERA COOPER, NICOLE HANSELL**
**and NEILL FRANKLIN,**

         Plaintiffs,         **CASE NO:** 4:22-CV-00164-AW-MAF

v.

**MERRICK GARLAND**, in his official
capacity as Attorney General of the United
States; **STEVEN M. DETTELBACH**, in his
official capacity as Acting Director of the
Bureau of Alcohol, Tobacco, Firearms, and
Explosives; and **THE UNITED STATES**
**OF AMERICA,**

         Defendants.
_____/

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, Nicole Fried, in her official capacity as the Commissioner of Agriculture, Vera Cooper, Nicole Hansell and Neill Franklin, pursuant N.D. Fla. Loc. R 7.1(J), file this Notice of Supplemental Authority to direct the Court's attention to a recent pertinent announcement. On October 6, 2022, President Joe Biden published an Official Statement. *Briefing Room, Statement from President Biden on Marijuana Reform (Oct. 6, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/10/06/statement-from-president-biden-on-*

1

*marijuana-reform/*.  In this statement the President made several remarks pertaining to the Federal Government's current marijuana policy.

First, the President announced that he would be pardoning all prior Federal offenses of simple possession of marijuana. Second, he urged all Governors to do the same with regard to state offenses. Third, he asked the Secretary of Health and Human Services and the Attorney General to initiate the administrative process to review how marijuana is scheduled under federal law.

These statements by the President are highly relevant to the issues raised in the case at bar and were discovered after the filing of the Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss. A copy of the statement is attached for the Court's consideration.

                Respectfully submitted,

                /s/ Jordane Wong
                William D. Hall
                Florida Bar No. 67936
                Daniel R. Russell
                Florida Bar No. 63445
                Jordane Wong
                Florida Bar No. 1030907
                **DEAN, MEAD & DUNBAR**
                106 E. College Ave., Suite 1200
                Tallahassee, Florida 32301
                Tel: (850) 999-4100
                Fax: (850) 577-0095
                whall@deanmead.com
                drussell@deanmead.com
                jwong@deanmead.com

kthompson@deanmead.com
*Attorneys for Plaintiffs*

/s/Adam J. Komisar_____
ADAM J. KOMISAR
Fla. Bar No: 86047
KOMISAR SPICOLA, P.A.
Adam@KomisarSpicola.com
P.O. Box 664
Tallahassee, Florida 32302
Telephone No.: (850) 328-4447
Fax No.: (850) 320-6592
www.KomisarSpicola.com
Co-Counsel for Plaintiff Nicole Hansell
CAMINEZ & YEARY, P.A.

/s/ Ryan A. Yeary_____
Ryan A. Yeary
Florida Bar No.: 71261
Kareem Todman
Florida Bar No. 109295
1307 South Jefferson Street
Monticello, Florida 32344
(850) 997-8181 - Phone
(850) 997-5189 – Facsimile
ryeary@caminezlaw.com
ktodman@caminezlaw.com
service@caminezlaw.com
Co-Counsel for Plaintiff Neill Franklin

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jordane Wong* _____
Jordane Wong