# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

NICOLE FRIED

    VS                               USDC NO. 4:22-cv-164 AW-MAF
                                       USCA NO. _____

GARLAND et al

## TRANSMITTAL OF NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee NOT paid.
Judge appealed from: Allen Winsor
Court Reporter(s): Lisa Snyder
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                                      JESSICA J. LYUBLANOVITS,
                                                      CLERK OF COURT

                                                      By: <u>Blair Patton</u>
                                                      Deputy Clerk
                                                      111 North Adams Street
November 18, 2022                       Tallahassee, Florida 32301