IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICOLE FRIED, et al.,
    Plaintiffs,

v.                                                           Case No.: 4:22-cv-164-AW-MAF

MERRICK GARLAND, et al.,
    Defendants.
_____/

## JUDGMENT

Plaintiffs' claims are dismissed on the merits for failure to state a claim.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

November 4, 2022                          s/ KELLI MALU
Date                                                Deputy Clerk: Kelli Malu