## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**NICOLE FRIED,** in her official
capacity as the Commissioner of Agriculture;
and **VERA COOPER, NICOLE HANSELL**
**and NEILL FRANKLIN,**

                    Plaintiffs,              **CASE NO:** 4:22-CV-00164-AW-MAF

v.

**MERRICK GARLAND**, in his official
capacity as Attorney General of the United
States; **STEVEN M. DETTELBACH**, in his
official capacity as Acting Director of the
Bureau of Alcohol, Tobacco, Firearms, and
Explosives; and **THE UNITED STATES**
**OF AMERICA,**

                    Defendants.
_____/

## <u>NOTICE OF APPEAL</u>

NOTICE IS GIVEN that Plaintiffs, Nicole Fried, in her official capacity as the Florida Commissioner of Agriculture, Vera Cooper, Nicole Hansell, and Neill Franklin (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order of Dismissal, entered in this action on November 4, 2022 (ECF No. 21). The nature of this Order is a final order of dismissal with prejudice.

1

Dated November 16, 2022.

Respectfully submitted,

/s/ William D. Hall
William D. Hall
Florida Bar No. 67936
Daniel R. Russell
Florida Bar No. 63445
Jordane Wong
Florida Bar No. 1030907
**DEAN, MEAD & DUNBAR**
106 E. College Ave., Suite 1200
Tallahassee, Florida 32301
Tel: (850) 999-4100
Fax: (850) 577-0095
whall@deanmead.com
drussell@deanmead.com
jwong@deanmead.com
kthompson@deanmead.com
*Attorneys for Plaintiffs*


/s/Adam J. Komisar
ADAM J. KOMISAR
Fla. Bar No: 86047
KOMISAR SPICOLA, P.A.
Adam@KomisarSpicola.com
P.O. Box 664
Tallahassee, Florida 32302
Telephone No.:  (850) 328-4447
Fax No.: (850) 320-6592
www.KomisarSpicola.com
Co-Counsel for Plaintiff Nicole Hansell

CAMINEZ & YEARY, P.A.

/s/ Ryan A. Yeary
Ryan A. Yeary
Florida Bar No.: 71261
Kareem Todman
Florida Bar No. 109295
1307 South Jefferson Street
Monticello, Florida 32344
(850) 997-8181 - Phone
(850) 997-5189 – Facsimile
ryeary@caminezlaw.com
ktodman@caminezlaw.com
service@caminezlaw.com
Co-Counsel for Plaintiff Neill Franklin

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *William D. Hall*
William D. Hall