CLOSED,APPEAL

# U.S. District Court
## Northern District of Florida (Tallahassee)
## CIVIL DOCKET FOR CASE #: 4:22-cv-00164-AW-MAF
## Internal Use Only

FRIED et al v. GARLAND et al
Assigned to: JUDGE ALLEN C WINSOR
Referred to: MAGISTRATE JUDGE MARTIN A FITZPATRICK
Cause: 42:1983 Civil Rights Act

Date Filed: 04/20/2022
Date Terminated: 11/04/2022
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

NICOLE FRIED
*IN HER OFFICIAL CAPACITY AS THE COMMISSIONER OF AGRICULTURE*

represented by  **DANIEL RYAN RUSSELL**
DEAN MEAD - TALLAHASSEE FL
106 EAST COLLEGE AVENUE
SUITE 1200
TALLAHASSEE, FL 32301
561-859-7444
Email: drussell@deanmead.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JORDANE PHILLIP WONG**
DEAN MEAD - TALLAHASSEE FL
106 EAST COLLEGE AVENUE
SUITE 1200
TALLAHASSEE, FL 32301
850-425-7800
Email: jwong@deanmead.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM DEAN HALL , III**
DEAN MEAD - TALLAHASSEE FL
106 EAST COLLEGE AVENUE
SUITE 1200
TALLAHASSEE, FL 32301
850-425-7831
Email: whall@deanmead.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

VERA COOPER

represented by  **DANIEL RYAN RUSSELL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JORDANE PHILLIP WONG**
(See above for address)

|   |   |   |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **WILLIAM DEAN HALL , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **NICOLE HANSELL** | represented by | **ADAM JARED KOMISAR**<br>KOMISAR SPICOLA PA - TALLAHASSEE FL<br>PO BOX 664<br>TALLAHASSEE, FL 32302<br>850-591-7466<br>Email: Adam@KomisarSpicola.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **DANIEL RYAN RUSSELL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **JORDANE PHILLIP WONG**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **WILLIAM DEAN HALL , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **NEILL FRANKLIN** | represented by | **DANIEL RYAN RUSSELL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **JORDANE PHILLIP WONG**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **RYAN ALAN YEARY**<br>CAMINEZ & YEARY PA - MONTICELLO FL<br>1307 S JEFFERSON STREET<br>MONTICELLO, FL 32344<br>850-997-8181<br>Email: ryeary@caminezlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **WILLIAM DEAN HALL , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **MERRICK GARLAND**<br>*IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES* | represented by | **JEREMY S NEWMAN**<br>DOJ-CIV<br>CIVIL DIVISION - FEDERAL PROGRAMS BRANCH<br>1100 L STREET NW<br>WASHINGTON, DC 20005<br>202-532-3114<br>Email: jeremy.s.newman@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MARVIN RICHARDSON**<br>*IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES*<br>*TERMINATED: 07/11/2022* | represented by | **JEREMY S NEWMAN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **JEREMY S NEWMAN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **GARY RESTAINO**<br>*IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES* | represented by | **JEREMY S NEWMAN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Steven M. Dettelbach** | represented by | **JEREMY S NEWMAN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2022 | 1 | COMPLAINT *Fried* against MERRICK GARLAND ( Filing fee $ 402 receipt number AFLNDC-6946190.), filed by Nicole Fried. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (HALL, WILLIAM) (Entered: 04/20/2022) |
| 04/22/2022 | 2 | NOTICE by NICOLE FRIED (HALL, WILLIAM) (Entered: 04/22/2022) |

| | | |
|---|---|---|
| 04/22/2022 | 3 | NOTICE by NICOLE FRIED (HALL, WILLIAM) (Entered: 04/22/2022) |
| 04/22/2022 | 4 | NOTICE by NICOLE FRIED (HALL, WILLIAM) (Entered: 04/22/2022) |
| 04/22/2022 | 5 | Summons Issued as to MERRICK GARLAND, MARVIN RICHARDSON, UNITED STATES OF AMERICA, U.S. Attorney and U.S. Attorney General - Summons issued for Garland (Attachments: # 1 Summons issued for Cody, # 2 Summons issued for Richardson) (tss) (Entered: 04/22/2022) |
| 06/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ALLEN C WINSOR notified that action is needed Re: 5 Summons Issued as to USA - Service of summons completed by 6/22/2022. (***None filed to date.***) (kdm) (Entered: 06/22/2022) |
| 06/22/2022 | 6 | ACKNOWLEDGMENT OF SERVICE Executed Acknowledgment filed by NICOLE FRIED. (HALL, WILLIAM) (Entered: 06/22/2022) |
| 06/23/2022 | 7 | NOTICE of Appearance by JEREMY S NEWMAN on behalf of All Defendants (NEWMAN, JEREMY) (Entered: 06/23/2022) |
| 06/23/2022 | 8 | Consent MOTION to Extend Time *to Respond to Complaint* by MERRICK GARLAND, MARVIN RICHARDSON, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1 - New York State Rifle & Pistol Ass'n v. Bruen) (NEWMAN, JEREMY) (Entered: 06/23/2022) |
| 06/23/2022 | 9 | ORDER GRANTING 8 MOTION FOR EXTENSION. (Response/ Answer due by **7/25/2022**). Signed by JUDGE ALLEN C WINSOR on 6/23/2022. (kdm) (Entered: 06/23/2022) |
| 07/01/2022 | 10 | Joint MOTION to Extend Time *and Set Briefing Schedule for Motion to Dismiss Amended Complaint* by MERRICK GARLAND, MARVIN RICHARDSON, UNITED STATES OF AMERICA. (NEWMAN, JEREMY) (Entered: 07/01/2022) |
| 07/01/2022 | 11 | ORDER GRANTING 10 MOTION TO SET BRIEFING SCHEDULE. Signed by JUDGE ALLEN C WINSOR on 7/1/2022. Defendants' motion to dismiss is due 30 days after Plaintiffs file their forthcoming amended complaint; Plaintiffs' response to Defendants' motion to dismiss is due 30 days after Defendants file their motion; and Defendants are authorized to file a reply, which must be filed 14 days after Plaintiffs file their response. (kdm) (Entered: 07/01/2022) |
| 07/08/2022 | 12 | FIRST AMENDED COMPLAINT against All Defendants All Defendants., filed by NICOLE FRIED. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (HALL, WILLIAM) (Entered: 07/08/2022) |
| 07/11/2022 | | Set Deadlines per 11 ORDER GRANTING 10 MOTION TO SET BRIEFING SCHEDULE: Defendants' motion to dismiss due by **8/8/2022**. Plaintiffs' response due: **9/8/2022**). Defendants' reply due **9/22/2022**. (kdm) (Entered: 07/11/2022) |
| 08/08/2022 | 13 | MOTION to Dismiss for Lack of Jurisdiction ( (Internal deadline for referral to judge if response not filed earlier: **8/22/2022**).), MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively*, MOTION for Summary Judgment ( (Internal deadline for referral to judge if response to summary judgment not filed earlier: **8/29/2022**).) by MERRICK GARLAND, MARVIN RICHARDSON, UNITED STATES OF AMERICA, Steven M. Dettelbach. (NEWMAN, JEREMY) (Entered: 08/08/2022) |
| 08/08/2022 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively* MOTION for Summary Judgment filed by Steven M. Dettelbach, MERRICK GARLAND, MARVIN RICHARDSON, UNITED STATES OF AMERICA. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - Florida Board of Medicine, Medical Marijuana Consent Form, # 2 Exhibit 2 - Bernard Schwartz, 2 The Bill of Rights: A Documentary History (1971), # 3 Exhibit 3 - 13 & 14 Car. 2, c. 3, § XIII (1662), # 4 Exhibit 4 - 1 W. & M., ch. 15, § IV, # 5 Exhibit 5 - William Blackstone, 4 Commentaries on the Laws of England (1769), # 6 Exhibit 6 - 1633 Va. Acts 219, Act X, # 7 Exhibit 7 - 1633 Mass. Acts ch. LVIII, # 8 Exhibit 8 - 1645 Laws of New York 47, # 9 Exhibit 9 - 1763 Laws of Pennsylvania 319, # 10 Exhibit 10 - Act of Mar. 14, 1776, ch. VII, 1775-1776 Mass. Acts 31, # 11 Exhibit 11 - Act for the Further Security of the Government, ch. LXI, § 5, 1777-1778 Pa. Laws 123, # 12 Exhibit 12 - Act XII of March 10, 1655, 1655 Va. Laws 401, # 13 Exhibit 13 - 1881 Fla. Laws 87, ch. 3285, # 14 Exhibit 14 - 1883 Kan. Sess. Laws 372, # 15 Exhibit 15 - Ch. 1501, 5 Colonial Laws of New York (1894), # 16 Exhibit 16 - Kansas Gen. Stat., Crimes & Punishments, § 282 (1868), # 17 Exhibit 17 - 1878 Miss. Laws 175-76, # 18 Exhibit 18 - 1883 Mo. Laws 76, # 19 Exhibit 19 - 1883 Wis. Sess. Laws 290, Offenses Against Lives and Persons of Individuals, ch. 329, # 20 Exhibit 20 - 1890 Okla. Sess. Laws 495, art. 47, # 21 Exhibit 21 - 1899 S.C. Acts 97, No. 67, # 22 Exhibit 22 - Jon Grant, Short Communication; Neuropsychological Deficits Associated with Cannabis Use in Young Adults, # 23 Exhibit 23 - Daniel J. Fridberg, Cognitive Mechanisms Underlying Risky Decision-Making in Chronic Cannabis Users, # 24 Exhibit 24 - Jorie Casey, Effects of Frequent Marijuana Use on Risky Decision-Making in Young Adult College Students, # 25 Exhibit 25 - Christopher Whitlow, Short Communication; Long-Term Heavy Marijuana Users Make Costly Decisions on a Gambling Task, # 26 Exhibit 26 - Brian F. ODonnell, Decision Making and Impulsivity in Young Adult Cannabis Users, # 27 Exhibit 27 - Mary P. Becker, Neurocognition in College-Aged Daily Marijuana Users, # 28 Exhibit 28 - Kristin Wong, Establishing Legal Limits for Driving Under the Influence of Marijuana, # 29 Exhibit 29 - Bernard Laurnon, Cannabis Intoxication & Fatal Road Crashes in France, # 30 Exhibit 30 - NHTSA, Presence of Drugs in Drivers) (NEWMAN, JEREMY) (Entered: 08/08/2022) |
| 09/07/2022 | 15 | MEMORANDUM in Opposition re 13 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively* MOTION for Summary Judgment filed by NICOLE FRIED. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (HALL, WILLIAM) (Entered: 09/07/2022) |
| 09/21/2022 | 16 | REPLY to Response to Motion re 13 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively* MOTION for Summary Judgment filed by Steven M. Dettelbach, MERRICK GARLAND, UNITED STATES OF AMERICA. (NEWMAN, JEREMY) (Entered: 09/21/2022) |
| 09/30/2022 | 17 | NOTICE *of Supplemental Authority* by Steven M. Dettelbach, MERRICK GARLAND, UNITED STATES OF AMERICA re 13 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively* MOTION for Summary Judgment (Attachments: # 1 Exhibit United States v. Seiwert) (NEWMAN, JEREMY) (Entered: 09/30/2022) |
| 09/30/2022 | 18 | NOTICE of Hearing on Motion<br><br>13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT<br><br>Motion Hearing set for **10/12/2022 at 10:00 AM** in U.S. Courthouse, 111 North Adams Street, Courtroom 5 South, Tallahassee, before JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language* |

| | | |
|---|---|---|
| | | *interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to the Honorable Allen Winsor (tss) (Entered: 09/30/2022) |
| 10/07/2022 | 19 | NOTICE *Supplemental Authority* by NICOLE FRIED (Attachments: # 1 Supplement) (HALL, WILLIAM) (Entered: 10/07/2022) |
| 10/12/2022 | 20 | Minute Entry for proceedings held before JUDGE ALLEN C WINSOR:Motion Hearing held on 10/12/2022 re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *or alternatively* MOTION for Summary Judgment - arguments presented, written order to follow (Court Reporter Lisa Snyder (USDC-Tallahassee).) (tss) (Entered: 10/12/2022) |
| 11/04/2022 | 21 | ORDER OF DISMISSAL; granting 13 MOTION to Dismiss for Lack of Jurisdiction. Signed by JUDGE ALLEN C WINSOR on 11/4/2022. The clerk will enter a judgment that says, "Plaintiffs' claims are dismissed on the merits for failure to state a claim." The clerk will then close the file. (kdm) (Entered: 11/04/2022) |
| 11/04/2022 | 22 | CLERK'S JUDGMENT re 21 ORDER OF DISMISSAL. (kdm) (Entered: 11/04/2022) |
| 11/16/2022 | 23 | NOTICE *of Appeal* by NICOLE FRIED (HALL, WILLIAM) (Entered: 11/16/2022) |
| 11/16/2022 | 24 | NOTICE OF APPEAL refer to 23 NOTICE of Appeal by NICOLE FRIED as to 22 Clerk's Judgment by NICOLE HANSELL. The filing used the wrong event (bkp) (Entered: 11/18/2022) |
| 11/18/2022 | 25 | Appeal Instructions re: 24 Notice of Appeal : The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by **12/2/2022**. (bkp) (Entered: 11/18/2022) |