# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 26, 2023

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 22-13893-DD
Case Style: Florida Commissioner of Agriculture, et al v. Attorney General of the United States, et al
District Court Docket No: 4:22-cv-00164-AW-MAF

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

***NOTE:  This dismissal applies to Appellant, the Florida Commissioner of Agriculture, only. The appeal is still open and active to all remaining parties.***

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information           404-335-6100
New / Before Briefing Cases       404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument       404-335-6141
Capital Cases               404-335-6200
Attorney Admissions           404-335-6122
CM/ECF Help Desk            404-335-6125

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13893-DD

_____

FLORIDA COMMISSIONER OF AGRICULTURE,
VERA COOPER,
NICOLE HANSELL,
NEILL FRANKLIN,

                                            Plaintiffs - Appellants,

versus

ATTORNEY GENERAL OF THE UNITED STATES,
UNITED STATES OF AMERICA,
DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

                                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Florida Commissioner of Agriculture (only) is GRANTED by clerk [9853551-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective January 26, 2023.

                                            DAVID J. SMITH
                    Clerk of Court of the United States Court
                        of Appeals for the Eleventh Circuit

                                                          FOR THE COURT - BY DIRECTION