**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VERA COOPER, et al.,**

      **Plaintiffs,**

**v.**                             **Case No. 4:22-cv-164-AW-MAF**

**ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

      **Defendants.**

_____/

## ORDER ON REMAND

Consistent with the Eleventh Circuit's mandate (ECF No. 39), this court now VACATES its earlier order and judgment (ECF Nos. 21, 22).

Within 21 days, the parties[1] must confer and file a joint report setting out an appropriate proposed litigation schedule. Where they disagree, their report must briefly set out each side's position.

Within 21 days, Defendants must file an answer to the operative complaint.

---

[1] At the time of this court's earlier judgment, the Florida Commissioner of Agriculture was among the Plaintiffs. All Plaintiffs appealed, ECF No. 23, but while the appeal was pending, the Eleventh Circuit granted the Commissioner's motion to voluntarily dismiss, leaving the remining Plaintiffs to pursue the appeal. ECF No. 34. Therefore, the Florida Commissioner of Agriculture is no longer a party to this case. If any party (or the Commissioner) disagrees with this conclusion, that person must file a notice within fourteen days setting out its position.

1

SO ORDERED on October 20, 2025.

s/ *Allen Winsor*

Chief United States District Judge