# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VERA COOPER, et al.,**

    **Plaintiffs,**

**v.**                                                       Case No. 4:22-cv-164-AW-MAF

**ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Defendants.**

_____/

## **ORDER STAYING CASE**

Defendants' unopposed motion to stay pending resolution of *United States v. Hemani* (ECF No. 41) is GRANTED. This case is STAYED, and all deadlines are suspended.

Any party may move to lift the stay at any time.

SO ORDERED on October 23, 2025.

                                                           s/ *Allen Winsor*
                                                           Chief United States District Judge