**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**VERA COOPER, et al.,**

**Plaintiffs,**

**v.** **Case No. 4:22-cv-164-AW-MAF**

**ATTORNEY GENERAL OF THE UNITED STATES, et al.,**

**Defendants.**

_______________________________/

**ORDER LIFTING STAY**

The court granted Defendants' unopposed motion to stay pending resolution of *United States v. Hemani*. ECF No. 42. The Supreme Court has since decided that case, so there is no longer a basis for the stay. This stay is now LIFTED.

Within 21 days, the parties must confer and file a joint report setting out an appropriate proposed litigation schedule. Where they disagree, their report must briefly set out each side's position.

Also, Defendants must file an answer to the operative complaint within 21 days.

Finally, within 21 days, the parties must file briefs setting out their views on whether the court has Article III jurisdiction. Specifically, they must address whether, in light of *United States v. Hemani*, any Plaintiff faces a threat of future harm.

SO ORDERED on September 15, 2026.

s/ *Allen Winsor*
Chief United States District Judge