**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

VERA COOPER, NICOLE HANSELL, and NEILL FRANKLIN

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States, ROBERT CEKADA, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and THE UNITED STATES OF AMERICA,[1]

Defendants.

No. 4:22-cv-00164-AW-MAF

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs and Defendants hereby file this Joint Motion to Stay Proceedings. Counsel for Plaintiffs and Defendants have been engaged in settlement discussions to resolve this case. These discussions, which have occurred by email, telephone, and videoconference, have been productive. In

[1] Per Federal Rule of Civil Procedure 25(d), Todd Blanche and Robert Cekada are automatically substituted as Defendants for Pamela Bondi and Daniel Driscoll.

order to facilitate further settlement discussions, the parties jointly move to stay proceedings in this case.

A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936).

Here, a stay would not prejudice or favor any party, because the parties are jointly requesting a stay in order to facilitate settlement discussions. If those discussions succeed in resolving this case, that would promote "economy of time and effort" for both the parties and the Court. *Id.* at 254. The parties propose that the Court direct the parties to file a joint status report within 60 days, or promptly if the case settles. The parties further propose that the Court order that any party may move to lift the stay at any time.

For the foregoing reasons, Plaintiffs and Defendants respectfully request that the Court grant this Motion and enter an order staying proceedings in this case.

DATED: September 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

/s/ *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

*/s/ William D. Hall, III*
William D. Hall, III
Florida Bar No. 67936)
JONES WALKER LLP
106 E. College Ave., Suite 1200
Tallahassee, Florida 32301
Tel: (850) 214-5100
whall@joneswalker.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jeremy S.B. Newman*
Counsel for Defendants

## CERTIFICATE OF WORD COUNT

I hereby certify that this motion complies with Local Rule 7.1(F) because it contains 271 words, as calculated using Microsoft Word and excluding the case style, signature block, and certificate of service.

/s/ *Jeremy S.B. Newman*
Counsel for Defendants

## CERTIFICATE OF CONFERENCE

I hereby certify that I complied with the attorney-conference requirement of Local Rule 7.1(B). I conferred with Plaintiffs' counsel William D. Hall III by email on September 25, 2026. Mr. Hall indicated that Plaintiffs join and do not oppose this motion.

/s/ *Jeremy S.B. Newman*
Counsel for Defendants