**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**VERA COOPER, et al.,**

**Plaintiffs,**

**v.** **Case No. 4:22-cv-164-AW-MAF**

**ATTORNEY GENERAL OF THE UNITED STATES, et al.,**

**Defendants.**

_______________________________/

**ORDER GRANTING STAY**

The parties' joint motion to stay (ECF No. 44) is GRANTED. The case is again STAYED. The parties must file a joint status report no later than November 25, 2026. All deadlines (other than the status-report deadline) are suspended. Any party may move to lift the stay at any time.

SO ORDERED on September 25, 2026.

s/ *Allen Winsor*
Chief United States District Judge